## STATE of Missouri, Respondent,

v.

## Glenn Virgil PERKINS, Appellant.

### No. WD 40628.

Missouri Court of Appeals,
Western District.

Nov. 8, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

Jeffrey Rosanswank, Public Defender, Craig Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of unlawful use of a weapon, section 571.030.1(4), RSMo 1986, and from sentence of three years imprisonment.

Affirmed. Rule 30.25.(b).